IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FRANCIS TEJANI KUNDRA, (A-20061647), | § § § | |
| Petitioner, | § § § | |
| v. | § § | CIVIL ACTION NO. H-06-0599 |
| UNITED STATES DEPARTMENT OF JUSTICE, *et al.*, | § § § § | |
| Respondents. | § § | |

## ORDER

On February 24, 2006, this court dismissed the petition filed by immigration detainee Francis Tejani Kundra. This court lacked jurisdiction, under the Real ID Act, Pub. L. 109-13, 2005 HR, 1268, 119 Stat. 231 (May 11, 2005). Kundra, proceeding *pro se* and *in forma pauperis*, has filed a notice of appeal from that decision. Kundra has also filed a motion for free copies of all "docket entries." (Docket Entry No. 19).

Indigent litigants do not have an automatic right to copies of court records, free of charge. *See Kunkle v. Dretke*, 352 F.3d 980, 985-86 (5th Cir. 2003) (citations omitted), *cert. denied*, 543 U.S. 835 (2004). Kundra does not ask for any particular instrument or explain why he needs a particular document. He fails to show that he is entitled to copies of documents from the court record free of charge. The motion for free copies, (Docket Entry No. 19), is denied.

The Clerk's Office will forward a copy of relevant items in the record to the United States Court of Appeals for the Fifth Circuit so that it can decide the petitioner's appeal. The petitioner is advised that he may purchase copies of instruments in the record by contacting the Clerk's Office.

The Clerk will provide a copy of this order to the petitioner.

SIGNED on November 6, 2006, at Houston, Texas.

                                                    Lee H. Rosenthal
                                         United States District Judge